IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC D. JOHNSON | : | CIVIL ACTION |
| v. | : | |
| INDEPENDENCE BLUE CROSS | : | NO. 09-4239 |

ORDER

AND NOW, this 2nd day of May, 2013, upon consideration of the defendant's motion for summary judgment (Docket No. 38), and the plaintiff's brief in opposition to that motion, and following oral argument held on December 20, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendant's motion is GRANTED. Judgment is hereby ENTERED in favor of the defendant, Independence Blue Cross, and against the plaintiff, Eric Johnson.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.